**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JOEL CHAY XIVIR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Case No. CIV-25-1512-PRW |
| | ) |
| PAMELA BONDI, In Her Official | ) |
| Capacity as Attorney General, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

This case was originally referred to Magistrate Judge Shon T. Erwin for a Report and Recommendation (Dkt. 3). The Court **VACATES** the referral. This does not impact either party's briefing schedule.

**IT IS SO ORDERED** this 7th day of January 2026.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1