**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

Date: March 18, 2026

| | |
|---|---|
| JOEL CHAY XIVIR, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )    Case No. CIV-25-1512-PRW |
| | ) |
| KRISTI NOEM, et al., | ) |
| | ) |
|     Respondents. | ) |

**ENTER ORDER:**

Before the Court is the parties' Joint Stipulation of Dismissal (Dkt. 14) filed on January 15, 2026. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is hereby dismissed.

By direction of Judge Patrick R. Wyrick, we have entered the above enter order.

JOAN KANE, Clerk

By: s/*Emily Wilkinson*
      Deputy Clerk